IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRAVIS ADAMS AS A/N/F OF A.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| SPRINGTOWN INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT SPRINGTOWN INDEPENDENT SCHOOL DISTRICT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Springtown Independent School District (Springtown ISD or the District) removes Cause No. CV22-0866 (the State Court Action) from the District Court of Parker County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, and would respectfully show the Court as follows:

### I.     SUMMARY OF STATE COURT ACTION

1.     Plaintiff Travis Adams as A/N/F of A.A., filed suit against Springtown ISD on July 20, 2022. Included in Plaintiff's allegations against the District are disability discrimination claims arising under the Americans with Disabilities Act (42 U.S.C. § 12131) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794), as well as an allegation that Springtown ISD violated A.A.'s constitutional rights under the Fourteenth Amendment.

2.     Plaintiff served Springtown ISD on July 21, 2022. As such, this removal is timely pursuant to 28 U.S.C. § 1446(b). Springtown ISD has not filed any papers in the State Court Action.

## II.  JURISDICTION

3. The State Court Action is removal under 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Any civil action brought in a state court may be removed without regard to the citizenship of the parties when the district courts of the United States have original jurisdiction.[1] District courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws of the United States.[2]

4. Plaintiff's Complaint contains claims arising under federal law, specifically the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, as well as an alleged violation of A.A.'s constitutional rights under the Fourteenth Amendment. Because all of Plaintiff's claims arise under federal statutes, the action is removable, and the United States District Court for the Northern District of Texas, Fort Worth Division has jurisdiction.[3]

## III.  REMOVAL REQUIREMENTS

5. Filed simultaneously herewith is an index of the process and pleadings from the State Court Action, copies of all documents filed in the State Court Action, a copy of the State Court Action docket sheet, and a certificate of interested persons.

WHEREFORE, PREMISES CONSIDERED, Springtown ISD respectfully requests that the State Court Action be removed to this Court for trial and determination, that all further proceedings in the State Court Action be stayed, and that the District have all additional relief to which it may be justly entitled.

---

[1] 28 U.S.C. § 1441(a)
[2] 28 U.S.C. § 1446
[3] *See* 28 U.S.C. § 1441(a)

Respectfully submitted,


By: /s/Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487

WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR SPRINGTOWN
INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

On August 12, 2022, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

George H. Shake
4311 Oak Lawn Avenue, Suite 600
Dallas, Texas  75219

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker